**REYWAL CO. LIMITED PARTNERSHIP ET AL., APPELLEES, *v*. CITY OF DUBLIN, APPELLANT.**

**[Cite as *Reywal Co. Ltd. Partnership v. Dublin*, 128 Ohio St.3d 270, 2010-Ohio-5949.]**

*Discretionary appeal accepted on Proposition of Law No. I, judgment of the court of appeals affirmed in judgment only on the authority of Campbell v. Carlisle, and cause remanded to the trial court for application of Campbell v. Carlisle.*

(No. 2010-1435 — Submitted November 16, 2010 — Decided December 9, 2010.)

APPEAL from the Court of Appeals for Franklin County, No. 09AP-522, 188 Ohio App.3d 1, 2010-Ohio-3013.

_____

{¶ 1}   The discretionary appeal is accepted on Proposition of Law No. I.

{¶ 2}   The judgment of the court of appeals is affirmed in judgment only on the authority of *Campbell v. Carlisle*, 127 Ohio St.3d 275, 2010-Ohio-5707, 939 N.E.2d 153, and the cause is remanded to the trial court for application of *Campbell v. Carlisle*.

LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and LANZINGER, JJ., concur.

BROWN, C.J., and PFEIFER and CUPP, JJ., dissent and would not accept the discretionary appeal.

_____

Vorys, Sater, Seymour and Pease, L.L.P., Bruce L. Ingram, Joseph R. Miller, and John M. Kuhl, for appellees.

Schottenstein, Zox & Dunn, L.P.A., Alan G. Starkoff, and Jeremy M. Grayem, for appellant.

_____